**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: WARREN, BRADLEY  § | Case No. 10-20709-BWB |
| WARREN, JOSEFINA  § | |
| § | |
| Debtor(s)  § | |

**NOTICE OF AMENDED TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that THOMAS B. SULLIVAN, TRUSTEE , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    219 S DEARBORN STREET
    7TH FLOOR
    CHICAGO, IL  60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15AM on 11/18/2011 in Courtroom 201, United States Courthouse,
57 N. OTTAWA, ROOM 201
JOLIET, IL  60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  10/14/2011          By:  /s/THOMAS B. SULLIVAN, TRUSTEE
                                                                               Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: WARREN, BRADLEY            § | Case No. 10-20709-BWB |
| WARREN, JOSEFINA                       § | |
| § | |
| Debtor(s)                                               § | |

**SUMMARY OF AMENDED TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 20,597.96 |
| *and approved disbursements of* | $ 4,839.50 |
| *leaving a balance on hand of* [1] | $ 15,758.46 |
| **Balance on hand:** | $ 15,758.46 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 15,758.46 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 2,329.80 | 0.00 | 2,329.80 |
| Attorney for Trustee, Fees - Grochocinski, Grochocinski & Lloyd, Ltd. | 1,112.50 | 0.00 | 1,112.50 |
| Attorney for Trustee, Expenses - Grochocinski, Grochocinski & Lloyd, Ltd. | 29.01 | 0.00 | 29.01 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 3,471.31 |
| Remaining balance: | $ 12,287.15 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  |  |  |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 12,287.15 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 12,287.15 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 51,053.25 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 24.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 6,761.39 | 0.00 | 1,627.29 |
| 2 | American InfoSource LP as agent for Citibank N.A. | 3,397.79 | 0.00 | 817.76 |
| 3 | First National Bank of Omaha | 3,592.55 | 0.00 | 864.63 |
| 4 | Roundup Funding, LLC | 18,851.68 | 0.00 | 4,537.09 |
| 5 | Chase Bank USA, N.A. | 4,352.39 | 0.00 | 1,047.50 |
| 6 | GE Money Bank | 1,178.93 | 0.00 | 283.74 |
| 7 | American Express Centurion Bank | 9,992.84 | 0.00 | 2,405.01 |
| 9 | Fia Card Services, NA/Bank of America | 2,925.68 | 0.00 | 704.13 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 12,287.15 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/THOMAS B. SULLIVAN, TRUSTEE
Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL 60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 10-20709-BWB
Bradley A Warren Chapter 7
Josefina S Warren
    Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-1      User: corrinal      Page 1 of 2      Date Rcvd: Oct 17, 2011
                       Form ID: pdf006      Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2011.
```
db/jdb        +Bradley A Warren,   Josefina S Warren,   122 South Margaret,   Joliet, IL 60436-1314
aty           +Kathleen McGuire,   Grochocinski, Grochocinski & Lloyd, Ltd,   1900 Ravinia Place,
                Orland Park, IL 60462-3760
15536153      +American Express,   c/o Becket and Lee LLP,   Po Box 3001,   Malvern, PA 19355-0701
16440711       American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
17542539       American InfoSource LP as agent for Citibank N.A.,   PO Box 248840,
                Oklahoma City, OK 73124-8840
15536154      +Bank Of America,   Attn: Bankruptcy NC4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
15536155      +Cap One Na,   Attn: Bankruptcy,   Po Box 30273,   Salt Lake City, UT 84130-0273
15536156      +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
16096248       Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
16450864      +FIFTH THIRD BANK,   POST OFFICE BOX 829009,   DALLAS, TEXAS 75382-9009
15536158      +Fifth Third Bank,   C/O Bankruptcy Dept, Mdropso5,   1850 East Paris,
                Grand Rapids, MI 49546-6210
15536159       First National Bank Credit Card Center,   Attention:  Bankruptcy Department,
                14010 First National Bank Parkway  Stop,   Omaha, NE 68154
16085761      +First National Bank of Omaha,   1620 Dodge Street Stop Code 3105,   Omaha Ne 68197-0002
15536161      +Sears/cbsd,   701 East 60th St N,   Sioux Falls, SD 57104-0432
15536163     ++WELLS FARGO BANK NA,   WELLS FARGO HOME MORTGAGE AMERICA S SERVICING CO,   ATTN BANKRUPTCY DEPT,
                MAC X7801-014,   3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
               (address filed with court: Wells Fargo Hm Mortgag,   8480 Stagecoach Cir,   Frederick, MD 21701)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16050857       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 18 2011 03:07:42
                American Infosource Lp As Agent for,   Citibank (South Dakota) N.A.,   PO Box 248840,
                Oklahoma City, OK  73124-8840
16045328       E-mail/PDF: mrdiscen@discoverfinancial.com Oct 18 2011 03:10:16      Discover Bank,
                Dfs Services LLC,   PO Box 3025,   New Albany, OH  43054-3025
15536157      +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 18 2011 03:10:16      Discover Fin,
                Attention: Bankruptcy Department,   Po Box 3025,   New Albany, OH 43054-3025
16458040       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 18 2011 03:07:43
                Fia Card Services, NA/Bank of America,   by American Infosource Lp As Its Agent,   PO Box 248809,
                Oklahoma City, OK  73124-8809
16369553       E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2011 03:11:13      GE Money Bank,
                c/o Recovery Management Systems Corporat,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
15536160      +E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2011 03:11:13      Gemb/jcp,   Attention: Bankruptcy,
                Po Box 103104,   Roswell, GA 30076-9104
16093585       E-mail/PDF: BNCEmails@blinellc.com Oct 18 2011 03:10:13      Roundup Funding, LLC,   MS 550,
                PO Box 91121,   Seattle, WA 98111-9221
                                                                                              TOTAL: 7
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
aty            Grochocinski, Grochocinski and Lloyd Ltd
15536162*     +Sears/cbsd,   701 East 60th St N,   Sioux Falls, SD 57104-0432
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: corrinal              Page 2 of 2               Date Rcvd: Oct 17, 2011
                              Form ID: pdf006             Total Noticed: 22
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 19, 2011**                    **Signature:**       *Joseph Speetjens*