**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: WARREN, BRADLEY § | Case No. 10-20709-BWB |
| WARREN, JOSEFINA § | |
| § | |
| Debtor(s) § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $0.00                    Assets Exempt:  $109,300.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $12,287.32     Claims Discharged
                                                Without Payment:  $38,765.93

Total Expenses of Administration:  $3,510.81

---

   3) Total gross receipts of $   20,598.13   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   4,800.00   (see **Exhibit 2**), yielded net receipts of $15,798.13 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $23,781.21 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,510.81 | 3,510.81 | 3,510.81 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 51,053.25 | 51,053.25 | 12,287.32 |
| **TOTAL DISBURSEMENTS** | $0.00 | $78,345.27 | $54,564.06 | $15,798.13 |

4) This case was originally filed under Chapter 7 on May 06, 2010. The case was pending for 20 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/12/2012          By: /s/THOMAS B. SULLIVAN, TRUSTEE
                                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1/6 INTERSET IN STEP FATHER'S ESTATE | 1149-000 | 20,597.44 |
| Interest Income | 1270-000 | 0.69 |
| **TOTAL GROSS RECEIPTS** | | **$20,598.13** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| BRADLEY & JOSEFINA WARREN | EXEMPTION TO DEBTORS | 8100-002 | 4,800.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$4,800.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | FIFTH THIRD BANK | 4110-000 | N/A | 23,781.21 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$23,781.21** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 2,329.80 | 2,329.80 | 2,329.80 |
| Grochocinski, Grochocinski & Lloyd, Ltd. | 3110-000 | N/A | 1,112.50 | 1,112.50 | 1,112.50 |
| Grochocinski, Grochocinski & Lloyd, Ltd. | 3120-000 | N/A | 29.01 | 29.01 | 29.01 |
| The Bank of New York Mellon | 2600-000 | N/A | 39.50 | 39.50 | 39.50 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | N/A | 3,510.81 | 3,510.81 | 3,510.81 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 6,761.39 | 6,761.39 | 1,627.31 |
| 2 | American InfoSource LP as agent for Citibank N.A. | 7100-000 | N/A | 3,397.79 | 3,397.79 | 817.77 |
| 3 | First National Bank of Omaha | 7100-000 | N/A | 3,592.55 | 3,592.55 | 864.64 |
| 4 | Roundup Funding, LLC | 7100-000 | N/A | 18,851.68 | 18,851.68 | 4,537.16 |
| 5 | Chase Bank USA, N.A. | 7100-000 | N/A | 4,352.39 | 4,352.39 | 1,047.52 |
| 6 | GE Money Bank | 7100-000 | N/A | 1,178.93 | 1,178.93 | 283.74 |
| 7 | American Express Centurion Bank | 7100-000 | N/A | 9,992.84 | 9,992.84 | 2,405.04 |
| 9 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 2,925.68 | 2,925.68 | 704.14 |
| TOTAL GENERAL UNSECURED CLAIMS | | | 0.00 | 51,053.25 | 51,053.25 | 12,287.32 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-20709-BWB  
**Case Name:** WARREN, BRADLEY  
WARREN, JOSEFINA  
**Period Ending:** 01/12/12

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 05/06/10 (f)  
**§341(a) Meeting Date:** 06/24/10  
**Claims Bar Date:** 11/23/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | 122 SOUTH MARGARET, JOLIET, IL | 125,000.00 | 0.00 | | 0.00 | FA |
| 2 | CHECKING | 1,200.00 | 0.00 | | 0.00 | FA |
| 3 | HOUSEHOLD GOOD | 2,000.00 | 0.00 | | 0.00 | FA |
| 4 | CLOTHING | 300.00 | 0.00 | | 0.00 | FA |
| 5 | 401K | 70,000.00 | 0.00 | | 0.00 | FA |
| 6 | 1/6 INTERSET IN STEP FATHER'S ESTATE | 23,000.00 | 18,200.00 | | 20,597.44 | FA |
| 7 | 1995 SATURN | 1,000.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.69 | FA |
| 8 | Assets Totals (Excluding unknown values) | **$222,500.00** | **$18,200.00** | | **$20,598.13** | **$0.00** |

**Major Activities Affecting Case Closing:**

PURSUING PROBATE ESTATE

**Initial Projected Date Of Final Report (TFR):** June 30, 2011  **Current Projected Date Of Final Report (TFR):** October 12, 2011 (Actual)

Printed: 01/12/2012 02:36 PM  V.12.57

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-20709-BWB  
**Case Name:** WARREN, BRADLEY  
WARREN, JOSEFINA  
**Taxpayer ID #:** **-***9256  
**Period Ending:** 01/12/12  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******86-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/24/11 | {6} | FRANCIS STROH ESTATE FOR DONNA R LICHTER EXECUTOR | SETTLEMENT PER ORDER OF 6/17/11 | 1149-000 | 20,597.44 | | 20,597.44 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 20,597.46 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,597.63 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 39.50 | 20,558.13 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,558.30 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,558.46 |
| 10/14/11 | 1001 | BRADLEY & JOSEFINA WARREN | EXEMPTION TO DEBTORS | 8100-002 | | 4,800.00 | 15,758.46 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 15,758.63 |
| 11/16/11 | | To Account #9200******8666 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | | 15,758.63 | 0.00 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 0.10 |
| 01/12/12 | Int | The Bank of New York Mellon | Reverse Interest Posting | 1270-000 | -0.10 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 20,598.13 | 20,598.13 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 15,758.63 | |
| | | | **Subtotal** | | 20,598.13 | 4,839.50 | |
| | | | Less: Payments to Debtors | | | 4,800.00 | |
| | | | **NET Receipts / Disbursements** | | **$20,598.13** | **$39.50** | |

{} Asset reference(s)

Printed: 01/12/2012 02:36 PM     V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 10-20709-BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | WARREN, BRADLEY | | Bank Name: | The Bank of New York Mellon |
| | WARREN, JOSEFINA | | Account: | 9200-******86-66 - Checking Account |
| Taxpayer ID #: | **-***9256 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 01/12/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/16/11 | | From Account #9200******8665 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | 15,758.63 | | 15,758.63 |
| 11/22/11 | 101 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $2,329.80, Trustee Compensation; Reference: | 2100-000 | | 2,329.80 | 13,428.83 |
| 11/22/11 | 102 | Grochocinski, Grochocinski & Lloyd, Ltd. | Dividend paid 100.00% on $1,112.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,112.50 | 12,316.33 |
| 11/22/11 | 103 | Grochocinski, Grochocinski & Lloyd, Ltd. | Dividend paid 100.00% on $29.01, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 29.01 | 12,287.32 |
| 11/22/11 | 104 | Discover Bank | Dividend paid 24.06% on $6,761.39; Claim# 1; Filed: $6,761.39; Reference: | 7100-000 | | 1,627.31 | 10,660.01 |
| 11/22/11 | 105 | American InfoSource LP as agent for Citibank N.A. | Dividend paid 24.06% on $3,397.79; Claim# 2; Filed: $3,397.79; Reference: | 7100-000 | | 817.77 | 9,842.24 |
| 11/22/11 | 106 | First National Bank of Omaha | Dividend paid 24.06% on $3,592.55; Claim# 3; Filed: $3,592.55; Reference: | 7100-000 | | 864.64 | 8,977.60 |
| 11/22/11 | 107 | Roundup Funding, LLC | Dividend paid 24.06% on $18,851.68; Claim# 4; Filed: $18,851.68; Reference: | 7100-000 | | 4,537.16 | 4,440.44 |
| 11/22/11 | 108 | Chase Bank USA, N.A. | Dividend paid 24.06% on $4,352.39; Claim# 5; Filed: $4,352.39; Reference: | 7100-000 | | 1,047.52 | 3,392.92 |
| 11/22/11 | 109 | GE Money Bank | Dividend paid 24.06% on $1,178.93; Claim# 6; Filed: $1,178.93; Reference: | 7100-000 | | 283.74 | 3,109.18 |
| 11/22/11 | 110 | American Express Centurion Bank | Dividend paid 24.06% on $9,992.84; Claim# 7; Filed: $9,992.84; Reference: | 7100-000 | | 2,405.04 | 704.14 |
| 11/22/11 | 111 | Fia Card Services, NA/Bank of America | Dividend paid 24.06% on $2,925.68; Claim# 9; Filed: $2,925.68; Reference: | 7100-000 | | 704.14 | 0.00 |
| | | | ACCOUNT TOTALS | | 15,758.63 | 15,758.63 | $0.00 |
| | | | Less: Bank Transfers | | 15,758.63 | 0.00 | |
| | | | Subtotal | | 0.00 | 15,758.63 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $15,758.63 | |

{} Asset reference(s)  Printed: 01/12/2012 02:36 PM  V.12.57

Case 10-20709    Doc 45    Filed 01/20/12    Entered 01/20/12 10:15:22    Desc Main
              Document           Page 8 of 8
Case 10-20709    Doc 45    Filed 01/20/12    Entered 01/20/12 10:15:22    Desc Main
              Document           Page 8 of 8

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 10-20709-BWB  
**Case Name:** WARREN, BRADLEY  
　　　　　　　WARREN, JOSEFINA  
**Taxpayer ID #:** **-***9256  
**Period Ending:** 01/12/12  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******86-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******86-65 | 20,598.13 | 39.50 | 0.00 |
| Checking # 9200-******86-66 | 0.00 | 15,758.63 | 0.00 |
| | $20,598.13 | $15,798.13 | $0.00 |

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Printed: 01/12/2012 02:36 PM　　V.12.57